### 19520. THOMAS v. THE STATE.

BROYLES, C. J. 1. In view of the note of the trial judge, special grounds 1, 3, and 5, of the motion for a new trial are without merit.

2. The remaining special grounds of the motion for a new trial (some of which are too defective and incomplete to be considered) show no reversible error.

3. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*Corbitt & Pope, Wimberly E. Brown,* for plaintiff in error.
*Marvin L. Gross, solicitor-general, A. S. Bradley,* contra.